**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Supreme Court**

The State, Respondent,

v.

Mutekis Jamar Williams, Petitioner.

Appellate Case No. 2022-001228

---

**ON WRIT OF CERTIORARI TO THE COURT OF APPEALS**

---

Appeal From Charleston County
R. Markley Dennis, Jr., Circuit Court Judge

---

Memorandum Opinion No. 2024-MO-002
Heard October 25, 2023 – Filed January 17, 2024

---

**DISMISSED AS IMPROVIDENTLY GRANTED**

---

Clarence Rauch Wise, of Greenwood, for Petitioner.

Attorney General Alan McCrory Wilson and Senior Assistant Attorney General Mark Reynolds Farthing, both of Columbia; and Solicitor Scarlett Anne Wilson, of Charleston, all for Respondent.

---

**PER CURIAM:**  We granted a writ of certiorari to review the decision of the court of appeals in *State v. Williams*, Op. No. 2022-UP-114 (S.C. Ct. App. filed June 8, 2022).  We now dismiss the writ on the basis it was improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED.**

**BEATTY, C.J., KITTREDGE, FEW JAMES and HILL, JJ., concur.**